FRANK WEEZARAK, Appellant, v. JOHN McGEARY, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

HENRY DOMBROWSKI, Respondent, v. CECELIA DOMBROWSKI, Appellant.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding that defendant was guilty of adultery was against the weight of evidence. All concur. (Appeal from a judgment in favor of plaintiff in an action for absolute divorce.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

■

CELOTEX CORPORATION, Suing on Its Own Behalf and in Behalf of All Creditors of WOODS WHOLESALE SUPPLY, INC., Respondent, v. ARTHUR L. GIFFORD et al., Defendants, and ERWIN R. DAVENPORT et al., Appellants.— Orders affirmed, with $10 costs and disbursements. The examination to proceed upon five days' notice. All concur. (Appeals from two orders granting motions by plaintiff to examine certain of defendants before trial.) Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ.

■

THEDA SANNIT, as Administratrix of the Estate of RAYMOND D. SANNIT, Deceased, Plaintiff, v. BUFFALO WIRE WORKS Co., INC., et al., Defendants, and ELMER J. DOYLE, Doing Business as DOYLE PAINTING Co., Defendant and Third-Party Plaintiff-Respondent. FLEISHER ENGINEERING AND CONSTRUCTION Co., Third-Party Defendant-Appellant, et al., Third-Party Defendant.— Order reversed on the law, with $10 costs and disbursements, and motion granted, with $10 costs, without prejudice to the third-party plaintiff to bring another action, if so advised. Memorandum: We think the third-party complaint alleges only that the third-party defendant is a joint tort-feasor with the third-party plaintiff. (See Fox v. Western New York Motor Lines, 257 N. Y. 305.) All concur. (Appeal from an order denying a motion by a third-party defendant to dismiss the complaint by the defendant third-party plaintiff.) Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ.

■

LYDIA SAVAGE, Appellant, v. THERESA E. FERRIS et al., Respondents.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum: The record presents questions of fact as to defendants' negligence and plaintiff's freedom from contributory negligence which should be passed upon by the jury. (See Kelly v. Blendinger, 289 N. Y. 718.) All concur. (Appeal from a judgment for respondents in an automobile negligence action.) Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ.